```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Vasquez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-72-DB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME** |
| vs. | |
| VINCENT JOSE VASQUEZ, | Date: July 22, 2021 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Deborah Barnes |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney David Spencer, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Vincent Jose Vasquez, that the preliminary hearing currently set for July 22, 2021 at 2:00 be continued to September 23, 2021 at 2:00 p.m.

The parties specifically stipulate as follows:

1. The Complaint in this case was filed on May 5, 2021, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 6, 2021. The court set a preliminary hearing date of May 20, 2021.

2. At the joint request of the parties, the preliminary hearing has been continued several times. It is currently set for July 22, 2021.

3. The parties jointly move for an additional extension of time of the preliminary hearing date to September 23, 2021, at 2:00 p.m. before the duty Magistrate Judge.  The parties make the motion because Mr. Vasquez continues to actively review discovery and investigate the case; and the parties have been involved in plea negotiations.

4. For the reasons stated above, the parties agree that good cause exists for the extension of time and that it would not adversely affect the public interest in the prompt disposition of criminal cases. *See* FRCP 5.1(d).

5. For the reasons states above, the parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant a continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Therefore, the parties request that the time between July 22, 2021, and September 23, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 16, 2021

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Vasquez

Date: July 16, 2021

PHILLIP A. TALBERT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  July 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE