HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT JOSE VASQUEZ, <br><br> Defendant. | Case No. 2:21-CR-175-KJM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** <br><br> Date: January 10, 2022 <br> Time: 9:00 a.m. <br> Judge: Kimberley J. Mueller |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney David Spencer, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Vincent Jose Vasquez, that the previously scheduled Status Hearing set for January 10, 2022 be continued to April 4, 2022 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for January 10, 2022 at 9:00 a.m. Time has been ordered excluded through that date.

2. Mr. Vasquez respectfully requests that the Court continue the Status Hearing to April 4, 2022 at 9:00 a.m. The government has produced 72 pages of discovery and two cellular telephone extractions to Mr. Vasquez. The parties have been in active plea negotiations. Defense counsel is scheduled for a murder trial in

Stipulation and [Proposed] Order to Continue
Status Hearing and Exclude Time   -1-   *United States v. Vasquez*,
2:21-CR-175-KJM

another case in Oklahoma in the second half of March 2022. Mr. Vasquez requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

3. Mr. Vasquez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Vasquez's motion.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 10, 2022 and April 4, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Vasquez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2022

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Vasquez

Date: January 3, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: January 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE