PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0175-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VINCENT JOSE VASQUEZ, | DATE: November 8, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 8, 2022.

2. By this stipulation, defendant now moves to continue the status conference until November 29, 2022, for a change of plea hearing, and to exclude time between November 8, 2022, and November 29, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced 72 pages of discovery and two cellular telephone extractions to Mr. Vasquez. One of the phone extractions is over 160,000 pages long.

   b) The parties have a reached a plea agreement in principle. However, additional time is needed to finalize the written plea agreement and for counsel for the defendant to meet

with his client to review the plea agreement. While it is anticipated that defendant will enter a guilty plea on November 29, 2022, in the even he elects not to do so, the time needed for defense counsel to meet with the defendant and review the contemplated plea agreement will be necessary for defense counsel to discuss defendant's potential responses to the charges with him and to otherwise prepare for trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2022 to November 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 4, 2022                                 PHILLIP A. TALBERT
                                                                         United States Attorney

                                                                         /s/ DAVID W. SPENCER
                                                                         DAVID W. SPENCER
                                                                         Assistant United States Attorney

Dated:  November 4, 2022              /s/ Hootan Baigmohammadi
                                      Hootan Baigmohammadi
                                      Counsel for Defendant
                                      VINCENT JOSE VASQUEZ

**ORDER**

IT IS SO ORDERED.

Dated:  **November 4, 2022**          _Dale A. Drozd_____
                                      UNITED STATES DISTRICT JUDGE