HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-175-DAD |
| Plaintiff, | **STIPULATION AND ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND A FAMILY MEMBER'S BURIAL SERVICE** |
| vs. | |
| VINCENT JOSE VASQUEZ, | Date: |
| Defendant. | Time: [Enter Time Here] |
| | Judge: Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through David Spencer, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Vincent Jose Vasquez, that compelling reasons exist pursuant to 18 U.S.C. § 3142(i) for Mr. Vasquez to be ordered temporarily released from custody at the Yuba County Jail on Tuesday, November 8, 2022 at 8:00 a.m. to attend the burial service of his great aunt, Kathy Trujillo.  Mr. Vasquez is a pre-trial detainee, and the government has no opposition to this temporary release under the terms and conditions in this stipulation.

Ms. Trujillo helped raise Mr. Vasquez and they were close.  He lived with her in Galt, California for three years while attending middle school because Mr. Vasquez's mother was unstable.  Ms. Trujillo's burial service will be held on Tuesday, November 8, 2022 at 11:00 a.m.

at the Galt Cemetery located at 14180 Joy Dr., Galt, California 95632.  *See* Exhibit A, *Announcement of Passing and Services*.

The parties also stipulate to the following conditions of release.  Mr. Vasquez shall be released to the custody of Federal Defender Investigator Melvin Buford for the sole purpose of attending Ms. Trujillo's burial service and shall remain in Investigator Buford's custody throughout his time on temporary release. Investigator Buford shall return Mr. Vasquez back to custody at Yuba County Jail as soon as the burial service is over, but no later than Tuesday, November 8, 2022 at 5:00 p.m.  Upon release, Mr. Vasquez shall review and sign the Notice to Defendant Being Released and file it on the docket.  While on release, Mr. Vasquez shall abide by any conditions the Court will impose.

Respectfully submitted,

DATED: November 7, 2022         HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Hootan Baigmohammadi*
                                HOOTAN BAIGMOHAMMADI
                                Assistant Federal Defender
                                Attorneys for Vincent Jose Vasquez


DATED: November 7, 2022         PHILLIP A. TALBERT
                                United States Attorney

                                */s/ David Spencer*
                                DAVID SPENCER
                                Assistant United States Attorney
                                Attorneys for Plaintiff

**ORDER**

GOOD CAUSE APPEARING based on the stipulation of the parties.

IT IS HEREBY ORDERED, that Defendant Vincent Jose Vasquez be temporarily released from United States Marshal and Yuba County Jail custody on Tuesday, November 8, 2022 at 8:00 a.m. to the custody of defense investigator Melvin Buford for the sole purpose of Mr. Vasquez attending his great aunt, Kathy Trujillo's burial service. Mr. Vasquez shall remain in Investigator Buford's custody throughout his time on temporary release. Investigator Buford shall return Mr. Vasquez back to custody at Yuba County Jail as soon as the burial service is over, but no later than Tuesday, November 8, 2022 at 5:00 p.m. Investigator Buford is ordered to notify the government and Pretrial Services immediately if Mr. Vasquez is non-compliant with the conditions of release. Mr. Vasquez will be subject to the terms and conditions set forth in the Notice to Defendant Being Released, attached hereto as Exhibit B.

Mr. Vasquez shall sign this Notice and it will be filed on the court docket. IT IS SO FOUND AND ORDERED.

Dated: November 7, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE