FILED
November 7, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JOSE VASQUEZ<br><br>Defendant. | Case No. 2:21-cr-0175 DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VINCENT JOSE VASQUEZ</u> Case No. <u>2:21-cr-0175 DAD</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_     Release on Personal Recognizance

\_\_\_\_\_     Bail Posted in the Sum of $ _____

\_\_\_\_\_     Unsecured Appearance Bond $ _____

\_\_\_\_\_     Appearance Bond with 10% Deposit

\_\_\_\_\_     Appearance Bond with Surety

\_\_\_\_\_     Corporate Surety Bail Bond

  X     (Other): <u>. Mr. Vasquez to be temporarily released from Yuba County Jail on Tuesday, November 8, 2022 at 8:00 AM and must return by 5:00 PM November 8, 2022.</u>

Issued at Sacramento, California on November 7, 2022 at 11:51 AM.

By:     /s/ Carolyn K. Delaney

        Magistrate Judge Carolyn K. Delaney