HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-CR-175-DAD |
| Plaintiff, | **ORDER** |
| vs. | |
| VINCENT JOSE VASQUEZ, | Judge: Dale A. Drozd |
| Defendant. | |

　　　　**IT IS HEREBY ORDERED** that the Request to file Defendant's Sentencing

Memorandum and Attached Exhibits under seal be granted so that this information is not

available on the public docket. The records are to be provided to the Court and Government

counsel.

　　　　These documents shall remain under seal until further Order of the Court.

　　　　IT IS SO ORDERED.

Dated:   **May 26, 2023**　　　　　　　　　　　　_Dale A. Drozd_

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE